UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERIE SAFAPOU,<br><br>    Plaintiff,<br><br>v.<br><br>RUSHMORE LOAN MANAGEMENT, LLC, et al.,<br><br>    Defendants. | Case No.19-cv-04623-JSC<br><br>**ORDER TO SHOW CAUSE TO PLAINTIFF**<br><br>Re: Dkt. No. 6 |

Plaintiff Cherie Safapou filed this civil action in the Marin County Superior Court. Defendants thereafter removed the action to this court based on federal question jurisdiction under 28 U.S.C. § 1331. Defendants' motion to dismiss the complaint is now pending before the Court. (Dkt. No. 6.) Plaintiff has not filed an opposition or statement of non-opposition to the motion to dismiss although the deadline for her to do so has past. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE as to why this action should not be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b). Plaintiff's written response to this Order to Show Cause and her opposition or statement of non-opposition to the motion to dismiss are due September 12, 2019. Failure to respond to this Order may result in the reassignment of this action to a district judge with a report and recommendation that this action be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 4, 2019

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge